AO 442 (Rev. 01/09) Arrest Warrant

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

# UNITED STATES DISTRICT COURT
for the
District of Colorado

2020 JUL 15 AM 9:24

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Aaron Tew | ) | Case No. |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Michael Aaron Tew,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to Commit Money Laundering in violation of 18 U.S.C 1956(h)

Date: 08 Jul 2020

*Issuing officer's signature*

City and state: Denver, Colorado

Kristen L. Mix
United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 07/08/2020, and the person was arrested on *(date)* 07/08/2020
at *(city and state)* Denver, Colorado.

Date: 07/08/2020

*Arresting officer's signature*

SA Sarah J. Anderson
*Printed name and title*