IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 20-mj-00088-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    **MICHAEL AARON TEW**,

    Defendant.

_____

**MOTION TO WITHDRAW**
_____

    Undersigned counsel hereby moves to withdraw from this case pursuant to Rule 1.16 of the Colorado Rules of Professional Conduct. Undersigned counsel has been authorized to state that the Defendant, Michael Aaron Tew, does not object to this motion. Mr. Tew requests that the Federal Public Defender's Office be appointed to represent him.

Dated: July 19, 2020

    Respectfully submitted,

    s/ Michael Sheehan
    Michael J. Sheehan,
    Attorney at Law, LLC
    Attorney Reg. # 34934
    7400 E. Caley Ave., Suite 300
    Centennial, CO 80111
    (720) 381-6146
    Fax (303) 694-9370
    michael.sheehan.esq@gmail.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 19th Day of July, 2020, I electronically filed the forgoing **Motion to Withdraw** with the Clerk of the Court using the CM/ECF filing system which will send notification of such filing to all parties in the case.

                                                      s/ Michael Sheehan
                                                      Michael Sheehan