FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
7/28/20
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00088-KLM

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Michal Aaron Tew,

   Defendant.

**RESTRICTED FILING**

---

**ENTRY OF APPEARANCE OF COUNSEL**

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Michael Aaron Tew
    (party name)

    (party name)

DATED at New York, New York this 28th day of July, 2020.

    Eric M. Creizman
    Name of Attorney

    Armstrong Teasdale LLP
    Firm Name

    919 Third Avenue, Fl. 37
    Office Address

    New York, New York 10022
    City, State, ZIP Code

    (212) 209-4358; (917) 494-5881
    Telephone Number

    ecreizman@atllp.com
    Primary CM/ECF E-mail Address