IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00088-KLM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.     MICHAEL AARON TEW,

     Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 29, 2020.**

     For good cause shown pursuant to D.C. Colo. LAttyR 5(b), the Motion to Withdraw filed by Michael Sheehan [filed July 20, 2020; ECF 13] is **granted**.  Mr. Sheehan's representation of the Defendant in this case is terminated.  Defendant will continue to be represented Eric Creizman.