AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 20-mj-00088-KLM |
| Michael Aaron Tew | ) |
| Defendant | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 07/27/2020

_____
*Defendant's signature*

*Eric M. Creizman*
Signature of defendant's attorney

Eric M. Creizman
*Printed name and bar number of defendant's attorney*

Armstrong Teasdale LLP
919 Third Avenue, Fl. 37
New York, New York 10022

*Address of defendant's attorney*

ecreizman@atllp.com
*E-mail address of defendant's attorney*

(212) 209-4358; (917) 494-5881
*Telephone number of defendant's attorney*

(646) 200-5022
*FAX number of defendant's attorney*