## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00088-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MICHAEL AARON TEW,

    Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    the United States of America

DATED at Denver, Colorado this 7th day of August, 2020.

    Matthew T. Kirsch
    Name of Attorney

    United States Attorney's Office
    Firm Name

    1801 California Street, Suite 1600
    Office Address

    Denver, CO, 80202
    City, State, ZIP Code

    303-454-0100
    Telephone Number

    Matthew.Kirsch@usdoj.gov
    Primary CM/ECF E-mail Address

2

Respectfully submitted this 7th day of August, 2020.

        JASON R. DUNN
        United States Attorney

        By: *s/ Matthew T. Kirsch*
        MATTHEW T. KIRSCH
        Assistant U.S. Attorney
        United States Attorney's Office
        1801 California Street
        Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0401
        E-mail: Matthew.Kirsch@usdoj.gov