IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00088-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL AARON TEW,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Withdraw** [#25], filed by Defendant Michael Aaron Tew's private counsel Eric M. Creizman ("Creizman"). Mr. Creizman moves to withdraw as Defendant's counsel and asks that Defendant be appointed counsel under the Criminal Justice Act. At Defendant's initial appearance on July 9, 2020, Defendant informed the Court that he "has retained private counsel and is not requesting court appointed counsel." *See* [#7]. When his initial counsel asked to withdraw, the Court ordered Defendant to file a financial affidavit by July 24, 2020, for the Court to use to determine whether to appoint counsel for Defendant. However, Mr. Creizman entered his appearance on Plaintiff's behalf instead. Thus, the Court is not in possession of a financial affidavit by which to determine whether court-appointed counsel is appropriate in this case. Accordingly,

    IT IS HEREBY **ORDERED** that, **on or before August 20, 2020**, Defendant shall complete and file a financial affidavit (attached to this Minute Order) by which the Court may determine whether to appoint counsel for Defendant.

    IT IS FURTHER **ORDERED** that the Motion to Withdraw [#25] is **GRANTED** to the extent that Mr. Creizman is relieved of all further representation of Defendant.

    Dated: August 13, 2020