IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-mj-00088-KLM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     MICHAEL AARON TEW,

      Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      THIS MATTER is before the Court in connection with Defendant's request for appointment of counsel under the Criminal Justice Act ("CJA"). This request was made in a Motion to Withdraw [#25] filed by Defendant's private counsel Eric Mr. Creizman.

      Attorney Creizman's Motion to Withdraw [#25] was granted by Minute Order [#28] of August 13, 2020. That Minute Order noted that at Defendant's initial appearance on July 9, 2020, Defendant informed the Court that he had "retained private counsel and is not requesting court appointed counsel." *Id.* (citing [#7]). When Defendant's initial counsel asked to withdraw, the Court ordered Defendant to file a financial affidavit by July 24, 2020, for the Court to determine whether to appoint counsel for Defendant. However, Mr. Creizman entered his appearance on Plaintiff's behalf instead. As a financial affidavit was not provided by which the Court could determine whether court-appointed counsel was appropriate, the Court ordered that Defendant complete and file a financial affidavit by August 20, 2020. *See* [#28].

      On August 17, 2020, Mr. Creizman filed a letter [#29] attaching Defendant's completed financial affidavit. The Court has reviewed the affidavit and deems it sufficient for appointment of counsel under the Criminal Justice Act ("CJA"), without deciding the issue of whether the Defendant's Fifth Amendment rights would be violated by providing information regarding "other income." Accordingly,

      IT IS HEREBY **ORDERED** that Defendant shall be appointed counsel under the CJA.

      IT IS FURTHER **ORDERED** that if it appears at any time that the Defendant can afford to pay counsel, reimbursement of attorney fees may be required pursuant to 18 U.S.C. § 3006A(f).

      Dated: August 19, 2020