IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 20-mj-00088-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MICHAEL AARON TEW,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Restrict Access** [#27] (the "Motion"). In accordance with D.C.COLO.LCrR 47.1(d), the Motion was publicly posted to allow for any objections to the sealing of the document. No timely objections were filed. Pursuant to D.C.COLO.LCrR 47.1(c), the Court finds that the presumption of public access to Court files is outweighed by the parties' interest in privacy, and the parties have shown that a less restrictive alternative is not practicable. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. Pursuant to D.COLO.LCrR 47.1, the Clerk of the Court is directed to maintain the following document **UNDER RESTRICTION** at **LEVEL 3**:[1] Declaration of Eric M. Creizman in Support of Motion to Withdraw as Counsel to Michael Tew [#26].

    Dated: September 17, 2020

---

[1] Level 3 limits access to the document to the filing party and the Court. *See* D.C.COLO.LCrR 47.1 (b).